JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, 9TH Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Fax: (415) 436-6748
    Email: victoria.carradero@usdoj.gov

Attorneys for Federal Defendant Ken Salazar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUFUS CATCHINGS, ) | Case No. 10-00625-TEH |
|    Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT |
|    v. ) | |
| KEN SALAZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE INTERIOR, MARCIA MCNUTT, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE UNITED STATES GEOLOGICAL SURVEY, ANNE KINSINGER, IN HER OFFICIAL CAPACITY AS REGIONAL DIRECTOR OF THE WESTERN REGION OF THE UNITED STATES GEOLOGICAL SURVEY, AND DOES 1-50. ) ) ) ) ) ) ) ) ) ) | |
|    Defendant. ) | |

STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE A FIRST
AMENDED COMPLAINT - Case No. 10-00625

1  Plaintiff Rufus Catchings ("Plaintiff"), and Defendant Ken Salazar, Secretary of the
2  Interior ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

3  WHEREAS, Defendant's response to Plaintiff's Complaint is due on May 5, 2010.  The
4  parties have communicated regarding certain pleading defects in Plaintiff's Complaint and wish
5  to resolve pleading issues without motion practice.

6  WHEREAS, the parties agree that Plaintiff will file a First Amended Complaint to cure
7  the pleading issues raised by Defendant.  Specifically, Plaintiff will file a First Amended
8  Complaint that: (1) dismisses improperly named Defendants Marcia Mcnutt, Anne Kinsinger and
9  DOE defendants; (2) dismisses the request for punitive damages.  The parties have not agreed to
10 any other amendments or changes to the Complaint.

11 ACCORDINGLY, the due date for Defendant to respond to the Plaintiff's Complaint is
12 continued such that Plaintiff can file a First Amended Complaint.  Plaintiff will file a First
13 Amended Complaint within five (5) calendar days of the Court's order approving this stipulation
14 and Defendant will file a responsive pleading to Plaintiff's First Amended Complaint within ten
15 (10) calendar days of the filing of the First Amended Complaint.

16 **IT IS SO STIPULATED**

17 DATED: May 4, 2010                           HOYER & ASSOCIATES

18                                              _____/s/_____
                                                Richard A. Hoyer, Esq.
19                                              Attorney for Plaintiff

20
   DATED: May 4, 2010                           JOSEPH RUSSONIELLO
21                                              United States Attorney

22                                              _____/s/_____
                                                Victoria R. Carradero
23                                              Assistant United States Attorney
                                                Attorneys for Defendant
24
   **PURSUANT TO STIPULATION IT IS SO ORDERED.**
25

26
   DATED:  05/05/10
27
                                                _____
                                                The Honorable
28                                              United States District Judge
                                                Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE A FIRST
AMENDED COMPLAINT - Case No. 10-00625
                                              1