RICHARD A. HOYER (SBN 151931)
HOYER & ASSOCIATES
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Fax: (415) 276-1738

Attorneys for Plaintiff
RUFUS CATCHINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS CATCHINGS, <br><br> Plaintiff, <br><br> vs. <br><br> KEN SALAZAR, in his official capacity as Secretary of the Interior, <br><br> Defendant. | Case No. 10-00625-TEH (MEJ) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING THE MANDATORY SETTLEMENT CONFERENCE** |

WHEREAS Plaintiff's lead attorney, Richard Hoyer, will be undergoing hip-replacement surgery on October 18, 2010, and will be bed-ridden in the hospital on October 20, 2010, the date of the mandatory settlement conference.

WHEREAS Also, due to Mr. Hoyer's previous surgeries, Plaintiff has been unable to complete depositions of key witnesses in time to prepare for the mandatory settlement conference and will need additional time to complete such discovery.

WHEREAS Plaintiff's attorney is unavailable to complete key depositions until mid-March, 2011 due to previously-scheduled trials, arbitration hearings, and mediations. Plaintiff

**STIPULATION AND [PROPOSED] ORDER**  1

1 will not be prepared to conduct a mandatory settlement conference until early April, 2011.

2    WHEREAS Plaintiff's attorney is unavailable due to previously-scheduled trials during the second and third weeks of April (April 11-22).

   WHEREAS the discovery cut-off is in May, 2011, and the last day to hold a mandatory settlement conference, pursuant to the Court's scheduling order, is October 12, 2011.

   THEREFORE, THE PARTIES HEREBY STIPULATE that the mandatory settlement conference be continued until a convenient time for the Court during April, 2011, but not during the second and third weeks of April (April 11-22).

Dated:                                           HOYER & ASSOCIATES

                                                 _____
                                                 David C. Lipps
                                                 Attorney for Plaintiff
                                                 RUFUS CATCHINGS

Dated:                                           U.S. DEPARTMENT OF JUSTICE

                                                 _____
                                                 Melanie Proctor
                                                 Attorney for Defendant
                                                 KEN SALAZAR

**STIPULATION AND [PROPOSED] ORDER**                                         2

1   IT IS ORDERED that the mandatory settlement conference shall be continued until April,
2   2011, but not during the second and third weeks of April (April 11-22).  The new mandatory
3   settlement conference date shall be  April 5, 2011 at 10:00 am            .
4
5
6   Dated:  October 14, 2010                           IT IS SO ORDERED.
7
8                                                     _____
                                                      Chief Magistrate Judge
9                                                     Maria-Elena James
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
**STIPULATION AND [PROPOSED] ORDER**                                                            3

1 will not be prepared to conduct a mandatory settlement conference until early April, 2011.

2 WHEREAS Plaintiff's attorney is unavailable due to previously-scheduled trials during the second and third weeks of April (April 11-22).

WHEREAS the discovery cut-off is in May, 2011, and the last day to hold a mandatory settlement conference, pursuant to the Court's scheduling order, is October 12, 2011.

THEREFORE, THE PARTIES HEREBY STIPULATE that the mandatory settlement conference be continued until a convenient time for the Court during April, 2011, but not during the second and third weeks of April (April 11-22).

Dated: 10/13/2010

HOYER & ASSOCIATES

_____
David C. Lipps
Attorney for Plaintiff
RUFUS CATCHINGS

Dated: October 13, 2010

U.S. DEPARTMENT OF JUSTICE

_____
Melanie Proctor
Attorney for Defendant
KEN SALAZAR

STIPULATION AND [PROPOSED] ORDER 2