1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9TH Floor
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
6      Fax: (415) 436-6748
       Email: victoria.carradero@usdoj.gov
7
   Attorneys for Federal Defendant Ken Salazar
8

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

| | |
|---|---|
| RUFUS CATCHINGS, | Case No. 10-00625-TEH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER SCHEDULING EXPERT DISCOVERY** |
| v. | |
| KEN SALAZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE INTERIOR | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER SCHEDULING EXPERT DISCOVERY
 - Case No. 10-00625

1. Plaintiff Rufus Catchings ("Plaintiff"), and Defendant Ken Salazar, Secretary of the Interior ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

~~WHEREAS, the Court's Order for Pre-Trial Preparation does not address expert discovery~~.

WHEREAS, the Parties agreed to the following schedule for expert discovery in their Joint Case Management Statement:

    Plaintiff's Expert Disclosure: July 29, 2011

    Defendant's Expert Disclosure: August 29, 2011

    Expert Discovery Cut-Off: September 23, 2011

ACCORDINGLY, the Parties request that the Court adopt the above stated expert discovery schedule.

**IT IS SO STIPULATED**

DATED: March 24, 2011

HOYER & ASSOCIATES

_____/s/_____
Richard A. Hoyer, Esq.
Attorney for Plaintiff

DATED: March 24, 2011

MELINDA HAAG
United States Attorney

_____/s/_____
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Defendant

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: 03/28/2011

/s/ Thelton E. Henderson
Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER SCHEDULING EXPERT DISCOVERY
 - Case No. 10-00625

1