Richard A. Hoyer (SBN 151931)
David C. Lipps (SBN 269933)
HOYER & ASSOCIATES
240 Stockton Street, 9th Floor
San Francisco, CA  94108
Telephone: (415) 956-1360
Fax:  (415) 276-1738

Attorneys for Plaintiff
RUFUS CATCHINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS CATCHINGS,<br><br>       Plaintiff,<br><br>  vs.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior,<br><br>       Defendant. | Case No. 10-00625-TEH (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE MANDATORY SETTLEMENT CONFERENCE** |

WHEREAS essential discovery in this case will not be completed until the end of April.

WHEREAS, because further discovery is necessary in order to adequately assess the value of the case, the mandatory settlement conference currently scheduled for April 5, 2011 will be of limited value to the parties and the Court.

THEREFORE, THE PARTIES HEREBY STIPULATE that the mandatory settlement conference be continued until June 14, 2011.

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER**                                                                                  1

| | |
|---|---|
| Dated: March 29, 2011 | HOYER & ASSOCIATES |
| | /s/ |
| | _____ |
| | David C. Lipps |
| | Attorney for Plaintiff |
| | RUFUS CATCHINGS |
| | |
| Dated: March 29, 2011 | U.S. DEPARTMENT OF JUSTICE |
| | /s/ |
| | _____ |
| | Victoria Carradero |
| | Attorney for Defendant |
| | KEN SALAZAR |

IT IS ORDERED that the mandatory settlement conference shall be continued until June 14, 2011 at 10:00 a.m.

Dated: March 29, 2011        IT IS SO ORDERED.

_____
Chief Magistrate Judge
Maria-Elena James

**STIPULATION AND [PROPOSED] ORDER**                                                                 2