| | |
|---|---|
| 1 | MELINDA L. HAAG (CSBN 132612)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | VICTORIA R. CARRADERO (CSBN 217885)<br>Assistant United States Attorney |
| 4 | JUAN D. WALKER (CSBN 208008) |
| 5 | 450 Golden Gate Avenue, 9TH Floor<br>San Francisco, California 94102-3495 |

MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney
JUAN D. WALKER (CSBN 208008)

450 Golden Gate Avenue, 9TH Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7181
Fax: (415) 436-6748
Email: victoria.carradero@usdoj.gov
Email: juan.walker@usdoj.gov

Attorneys for Federal Defendant Ken Salazar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUFUS CATCHINGS,<br><br>   Plaintiff,<br><br>v.<br><br>KEN SALAZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE INTERIOR, MARCIA MCNUTT, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE UNITED STATES GEOLOGICAL SURVEY, ANNE KINSINGER, IN HER OFFICIAL CAPACITY AS REGIONAL DIRECTOR OF THE WESTERN REGION OF THE UNITED STATES GEOLOGICAL SURVEY, AND DOES 1-50.<br><br>   Defendants. | Case No. 10-00625-TEH (EDL)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING AND BRIEF ON DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTS AS<br><br>MODIFIED |

Plaintiff Rufus Catchings ("Plaintiff"), and Defendant Ken Salazar, Secretary of the Interior ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Defendant filed its Motion to Compel Plaintiff to Produce Documents on May 9, 2011. The hearing on the motion is currently set for June 21, 2011. Plaintiff's opposition to the motion is due on May 31, 2011. Defendant's reply is due on June 7, 2011.

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S
MOTION TO COMPEL - Case No. 10-00625 TEH (EDL)

1

1  WHEREAS, this matter has been referred to Magistrate Judge Elizabeth D. Laporte for
2  all discovery purposes.
3  WHEREAS, the parties are engaged in preparing for a settlement conference set for June
4  14, 2011, and briefing related to Defendant's Motion for Summary Judgement which is set for
5  hearing on June 27, 2011.
6  WHEREAS, the motion to compel may become moot as a result of the settlement
7  conference or the summary judgment motion, and the parties continue to meet and confer
8  regarding the motion to compel.
9  WHEREAS, the parties agree that the hearing and related briefing on the motion to
10 compel should be continued to Tuesday, August 16, 2011 at 9:00am or as soon thereafter as the
11 matter may be heard in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue,
12 San Francisco, California, 94102.
13 ACCORDINGLY, (1) the hearing on the motion to compel will be on August ~~16,~~ 23, 2011;
14 (2) the due date for Plaintiff's opposition to motion to compel will be July 26, 2011;  and (3) the
15 Defendant's reply will be due on August 2, 2011.

**IT IS SO STIPULATED**

DATED: May 27, 2011                HOYER & ASSOCIATES

                                   _____/s/_____
                                   Richard A. Hoyer, Esq.
                                   Attorney for Plaintiff


DATED: May 27, 2011                MELINDA L. HAAG
                                   United States Attorney

                                   _____/s/_____
                                   Juan D. Walker
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED:  May 31, 2011
                                   _____
                                   ELIZABETH D. LAPORTE
                                   United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S
MOTION TO COMPEL - Case No. 10-00625 TEH (EDL)