```
 1  MELINDA HAAG (CSBN (CSBN 132612))
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  VICTORIA R. CARRADERO (CSBN 217885)
    JUAN D. WALKER (CSBN 208008)
 4  Assistant United States Attorneys

 5      450 Golden Gate Avenue, 9TH Floor
        San Francisco, California 94102-3495
 6      Telephone: (415) 436-7181
        Fax: (415) 436-6748
 7      Email: victoria.carradero@usdoj.gov

 8  Attorneys for Federal Defendant Ken Salazar
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUFUS CATCHINGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> KEN SALAZAR, IN HIS OFFICIAL ) <br> CAPACITY AS SECRETARY OF THE ) <br> INTERIOR, MARCIA MCNUTT, IN HER ) <br> OFFICIAL CAPACITY AS DIRECTOR OF ) <br> THE UNITED STATES GEOLOGICAL ) <br> SURVEY, ANNE KINSINGER, IN HER ) <br> OFFICIAL CAPACITY AS REGIONAL ) <br> DIRECTOR OF THE WESTERN REGION ) <br> OF THE UNITED STATES GEOLOGICAL ) <br> SURVEY, AND DOES 1-50. ) <br> ) <br> Defendant. ) | Case No. 10-00625-TEH <br><br> **STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT FROM DOCKET: DOCKET ENTRY NOS. 40 AND 50.** |

STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED
DOCUMENT FROM DOCKET: DOCKET ENTRY NOS. 40 AND 50. - Case No. 10-00625

Plaintiff Rufus Catchings ("Plaintiff"), and Defendant Ken Salazar, Secretary of the Interior ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 23, 2011, Defendant filed a motion for summary judgment. As part of this motion, Exhibit A to the Carradero Declaration (Docket Entry No. 40), contained three exhibits that were filed incorrectly.  Three of these exhibits were inadvertently left unredacted: two contain Plaintiff's SSN and one (containing employee's performance ratings) was designated as confidential by Defendant during a deposition. Defendant filed a replacement Exhibit A, Docket 50, but the third party performance rating document was not properly redacted. At Defendant's request, these docket links have been locked and remain locked.

ACCORDINGLY, the parties hereby stipulate and request that Docket Entry Nos. 40 and 50 be removed from the CM/ECF system and case file so that the Declaration (along with properly redacted Exhibits) may be re-filed with Plaintiff's and other third parties' personal information properly redacted.

**IT IS SO STIPULATED**

DATED: June 6, 2011            HOYER & ASSOCIATES


_____/s/_____

David Lipps

Attorney for Plaintiff

DATED: June 6, 2011            MELINDA HAAG

United States Attorney

_____/s/_____

Victoria R. Carradero

Assistant United States Attorney

Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED
DOCUMENT FROM DOCKET: DOCKET ENTRY NOS. 40 AND 50. - Case No. 10-00625
1

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

The Court ORDERS that the Carradero Declaration, Exhibit A (Docket Entry No. 40) and replacement document (Docket Entry No. 50) be removed from the CM/ECF system and case file so that the Exhibits may be re-filed with Plaintiff's and third parties' personal information redacted.

DATED:   06/07/2011



The Honorable
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED
DOCUMENT FROM DOCKET: DOCKET ENTRY NOS. 40 AND 50. - Case No. 10-00625
2