UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RUFUS CATCHINGS, | No. C 10-625 TEH (MEJ) |
| Plaintiff, | **ORDER RE: SETTLEMENT** |
| v. | |
| KEN SALAZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE INTERIOR | |
| Defendant. | |

On June 14, 2011, the parties participated in a settlement conference in this matter with the undersigned magistrate judge, at which time the case settled. Since that time, the parties have been unable to agree on the specific terms of the agreement and have requested the Court's assistance. On July 26, 2012, the Court held a hearing on the matter. Based on the representations at the hearing and the briefing submitted by the parties, the Court ORDERS as follows:

1)  The parties' agreement was intended to address all claims which Plaintiff might have up to the date of the settlement. Accordingly, paragraph 4 of Defendant's proposed Stipulation and Agreement of Compromise and Settlement, attached hereto, is correct in releasing any claims up to the date of the agreement. However, the parties shall add language to paragraph 4 which makes it clear that Plaintiff does not waive any claims that may arise after the date of the settlement agreement which were not addressed as part of this litigation, including any claims related to his retirement benefits. Plaintiff is ORDERED to sign the attached agreement, with the noted amendment to paragraph 4.

2)  Defendant shall place on USGS letterhead and execute the neutral letter of reference that is attached to this order.

**IT IS SO ORDERED.**

Dated: July 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

Attachment A: Stipulation and Agreement of Compromise and Settlement
Attachment B: Defendant's Proposed Neutral Letter